O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIMBERLY PACE-WHITE, | ) | NO. EDCV 15-00659-SJO (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBRA K. JOHNSON, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying A Certificate Of Appealability; And Referring Petition To Ninth Circuit Pursuant To Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED that this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATED: April 10, 2015.

*Margaret A. Nagle*

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE